Eastern District of Kentucky
F I L E D
MAR 2 1 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. _____

UNITED STATES OF AMERICA                                      PLAINTIFF

V.      **NOTICE BY UNITED STATES
REGARDING RELATED PROSECUTIONS**

ERIC CHRISTOPHER CONN                                         DEFENDANT

\* \* \* \* \*

This criminal action is related to *United States v. Eric Christopher Conn, et al.*, Lexington Criminal Action No. 16-CR-22, which is assigned to Judge Danny C. Reeves.

Respectfully submitted,

KENNETH A. BLANCO
ACTING ASSISTANT ATTORNEY
GENERAL

By: _____
DUSTIN M. DAVIS
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
202-355-5643
dustin.davis@usdoj.gov

## CERTIFICATE OF SERVICE

On March 21, 2017, I mailed a copy of this notice to:

    T. Scott White, Esq.
    300 East Main Street
    Suite 400
    Lexington, KY 40507
    *Attorney for Eric Christopher Conn*

                                                  _____
                                                  Trial Attorney