Eastern District of Kentucky
**F I L E D**

MAR 2 4 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.  INFORMATION NO. 5:17-CR-43-DCR

ERIC CHRISTOPHER CONN

\* \* \* \* \*

THE ACTING ASSISTANT ATTORNEY GENERAL CHARGES:

### COUNT 1
**Theft of Government Money**
**(18 U.S.C. § 641)**

From in or around October 2004, and continuing through on or about April 6, 2016, within the Eastern District of Kentucky, and elsewhere,

**ERIC CHRISTOPHER CONN**

together with other persons, as part of a single and continuing scheme, did knowingly and willfully steal, purloin, and convert to his own use, and the use of others, money and a thing of value of the Social Security Administration ("SSA"), an agency of the United States, having a value in excess of $1,000.00, with intent to deprive the SSA of the use and benefit of the money and thing of value so taken, to wit, **CONN**, through the submission of fraudulent medical documentation as well as by making illicit cash payments to at least one SSA administrative law judge, caused the SSA to pay Social Security disability benefits to individuals who had previously not established entitlement to said benefits, and

further caused the SSA to pay **CONN** representative fees for representing these individuals during the SSA disability claims process, all in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 2
### Paying Illegal Gratuities
### (18 U.S.C. § 201(c)(1)(A))

Beginning in or around October 2004, and continuing through in or around May 2011, in the Eastern District of Kentucky, and elsewhere,

### ERIC CHRISTOPHER CONN

otherwise than as provided by law for the proper discharge of official duty, directly and indirectly gave a thing of value, to wit, United States currency, to a public official, to wit, an administrative law judge of the Social Security Administration, for and because of an official act performed and to be performed by such public official, to wit, granting Social Security disability benefits to individuals represented by **CONN** during the SSA disability claims process, irrespective of the individuals' actual disabilities, all in violation of Title 18, United States Code, Sections 201(c)(1)(A) and 2.

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNTS 1 AND 2
### (18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 641, or Title 18, United States Code, Section 201(c)(1)(A), set forth in Counts 1 and 2 of this Information, respectively, **ERIC CHRISTOPHER CONN** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section

981(a)(l)(C) and Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s), and any property traceable to such property. The property to be forfeited shall include, but is not limited to, the following:

    a.    <u>Money Judgment</u>

          Judgment in favor of the United States of America for the sum of at least $5,750,404.46, which represents the amount of property which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 641, for **ERIC CHRISTOPHER CONN**.

2.    If any of the property described above, as a result of any act or omission of **ERIC CHRISTOPHER CONN**:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek the forfeiture of

//

//

any other property of **ERIC CHRISTOPHER CONN** up to the value of the above forfeitable property.

        KENNETH A. BLANCO
        ACTING ASSISTANT ATTORNEY GENERAL
        CRIMINAL DIVISION
        ATTORNEY FOR THE GOVERNMENT

        _____
        DUSTIN M. DAVIS
        TRIAL ATTORNEY
        UNITED STATES DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

        _____
        ELIZABETH G. WRIGHT
        TRIAL ATTORNEY
        UNITED STATES DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, MONEY
          LAUNDERING AND ASSET RECOVERY
          SECTION

## **PENALTIES**

**COUNT 1:**  Not more than 10 years imprisonment, $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss, and 3 years supervised release.

**COUNT 2:**  Not more than 2 years imprisonment, $250,000 fine, and 1 year supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.

**PLUS:**  Forfeiture.